# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# SHOTGUN

**Reg. No. 6,103,063**

**Registered Jul. 14, 2020**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

KIDS RIDE SHOTGUN LIMITED  (NEW ZEALAND LIMITED LIABILITY COMPANY)
1 Rutherford Street, Otumoetai
Tauranga, NEW ZEALAND 3110

CLASS 12: bicycle components and accessories, namely, seats, saddles, handlebars, and grips; child seats for bicycles and parts and fittings thereof

FIRST USE 6-11-2017; IN COMMERCE 3-13-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-305,728, FILED 02-18-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Kids Ride Shotgun
Search Results: Displaying 2 of 100002 entries



---

Labeled View

*2019 Kids Ride Shotgun Copyright Images.*

**Relevance:** ■■■■
**Type of Work:** Visual Material
**Registration Number / Date:** VA0002287034 / 2022-02-03
**Application Title:** 2019 Kids Ride Shotgun Copyright Images
**Title:** 2019 Kids Ride Shotgun Copyright Images. [Group registration of published photographs. 7 photographs. 2019-07-01 to 2019-12-03]
**Description:** 7 photographs : Electronic file (eService)
**Copyright Claimant:** Kids Ride Shotgun Limited. Address: 1/16 Tyne Street, Mt Maunganui, New Zealand.
**Date of Creation:** 2019
**Publication Date Range:** 2019-07-01 to 2019-12-03
**Nation of First Publication:** New Zealand
**Authorship on Application:** Kids Ride Shotgun Limited, employer for hire; Citizenship: New Zealand. Authorship: photographs.
**Rights and Permissions:** Katie Kavanaugh, Thoits Law, 400 Main Street, Suite 250, Los Altos, CA, 94022, United States, (650) 327-4200, kkavanaugh@thoits.com
**Copyright Note:** C.O. correspondence.

Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding title information: Content title dates corrected by CO as per Publication Date Range on application and uploaded XL Spreadsheet

**Photographs:** Published in October 2019 (7 photographs): KRS-2019-4, KRS-2019-7
Published in December 2019 (7 photographs): KRS-2019-3
Published in July 2019 (7 photographs): KRS-2019-1, KRS-2019-2, KRS-2019-5, KRS-2019-6,
**Names:** Kids Ride Shotgun Limited



---

| Save, Print and Email (Help Page) |
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

---

KRS-2019-1







KRS-2019-3







KRS-2019-7





The Library has opened access to the reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Kids Ride Shotgun
Search Results: Displaying 1 of 100001 entries



Labeled View

***2020 Kids Ride Shotgun Copyright Images.***

**Relevance:** ■■■■
**Type of Work:** Visual Material
**Registration Number / Date:** VA0002287035 / 2022-02-03
**Application Title:** 2020 Kids Ride Shotgun Copyright Images
**Title:** 2020 Kids Ride Shotgun Copyright Images. [Group registration of published photographs. 7 photographs. 2020-01-15 to 2020-10-15]
**Description:** 7 photographs : Electronic file (eService)
**Copyright Claimant:** Kids Ride Shotgun Limited. Address: 1/16 Tyne Street, Mt Maunganui, New Zealand.
**Date of Creation:** 2020
**Publication Date Range:** 2020-01-15 to 2020-10-15
**Nation of First Publication:** New Zealand
**Authorship on Application:** Kids Ride Shotgun Limited, employer for hire; Citizenship: New Zealand. Authorship: photographs.
**Rights and Permissions:** Katie Kavanaugh, Thoits Law, Thoits Law, 400 Main Street, Suite 250, Los Altos, CA, 94022, (650) 327-4200, kkavanaugh@thoits.com
**Copyright Note:** C.O. correspondence.

Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding title information: Content title dates corrected by CO as per Publication Date Range on application and uploaded XL Spreadsheet

**Photographs:** Published in January 2020 (7 photographs): KRS-2020-4

Published in October 2020 (7 photographs): KRS-2020-3

Published in July 2020 (7 photographs): KRS-2020-5

Published in August 2020 (7 photographs): KRS-2020-1, KRS-2020-2, KRS-2020-6, KRS-2020-7

**Names:** [Kids Ride Shotgun Limited](#)



| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:                          Email |

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

KRS-2020-1



KRS-2020-2



KRS-2020-3



KRS-2020-4



KRS-2020-5



KRS-2020-6



KRS-2020-7

