# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIDS RIDE SHOTGUN LIMITED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Case No. 23-cv-04804

***PROVISIONALLY FILED UNDER SEAL – * SCHEDULE A**