IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIDS RIDE SHOTGUN LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | Case No. 23-cv-04804<br><br>Judge Thomas M. Durkin |

**DECLARATION OF GENESIS SHIN**

I, Genesis Shin, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff KIDS RIDE SHOTGUN LIMITED ("Plaintiff") in this action.

3. On September 20, 2023, the Court granted and entered the Temporary Restraining Order ("TRO") (Dkt. No. 19). On October 5, 2023, the Court granted Plaintiff's motion to extend the TRO to October 18, 2023 (Dkt. No. 22).

4. Since receiving the TRO, Plaintiff's counsel has been working diligently to ensure compliance by third parties with the TRO's terms. Specifically, I, or others working under my direction, have corresponded with representatives of the third-party marketplace platforms,

1

domain registrars, and payment processors for which the Defendants maintain accounts, including, but not limited to Amazon, DHgate, eBay, ContextLogic (d/b/a Wish), and Walmart.

5. Upon information and belief, since entry of the TRO and pursuant to its terms, the accounts identified to date by third parties as associated with the Defendant Internet Stores have been frozen.

6. Based on the expedited discovery obtained by Plaintiff pursuant to the TRO, Plaintiff has served process by electronically publishing a link to the Complaint, the TRO, and other relevant documents on the website http://kidsrideshotgun-cases.com/case-23-cv-04804.html and, through counsel, has sent an e-mail with copies of the Complaint, TRO, Summons, and a link to said website to the e-mail addresses provided for Defendants by third parties.

7. I have, or someone under my direction has, been in contact with Defendant Internet Stores and/or their counsel regarding this case, including without limitation the settlement of claims against certain Defendants, and have provided Defendants and/or their counsel copies of the Complaint in this case when requested.

8. Upon filing of Plaintiff's Motion for Preliminary Injunction, I will cause Plaintiff to publish the preliminary injunction papers on the website specified above in paragraph 6 and I, or others working under my direction, will send an e-mail to the e-mail addresses provided for the Defendants by third parties that includes a link to said website.

9. After entry of the Preliminary Injunction, I will cause Plaintiff to publish the Preliminary Injunction Order on said website and I, or others working under my direction, will send an e-mail to the e-mail addresses provided for the Defendants by third parties that includes a link to said website.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2023 in Los Angeles, California.

                                                          */s/ Genesis Shin*_____
                                                          Genesis Shin